IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| ATLAS ACQUISITIONS LLC, *et al.*, | § | CIVIL ACTION NO. 4:16-cv-01587 |
| | § | |
| | § | |
| JOEL TUCKER, | § | |
|     Appellant. | § | |
| | § | |

**AGREEMENT FOR VOLUNTARY DISMISSAL OF APPEAL
PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 8023**

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, Joel Tucker ("Mr. Tucker") files this *Agreement for Voluntary Dismissal of Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8023* ("Agreement"), hereby seeking a dismissal of his appeal (the "Appeal") [Dkt. No. 1] of the order dated May 19, 2016 (the "Forensic Examiner Order), entered by the Honorable Marvin Isgur, United States Bankruptcy Judge for the Southern District of Texas, Houston Division (the "Bankruptcy Court") in In re Atlas Acquisitions LLC, et al., Miscellaneous Case No. 16-302.

Mr. Tucker notified the parties involved in this action of his intent to seek a voluntary dismissal of the above-captioned Appeal, and the parties—Porania LLC and Jeffrey Dunn; First Source Data LLC and Jeffrey Brooks; JH Portfolio Debt Equities LLC; David Peake, the Chapter 13 Trustee; and Katrina Long—stated that they had no opposition. All costs and fees due have been paid to the District Court for the Southern District of Texas. Accordingly, Mr. Tucker, with the agreement of the other parties, hereby seeks an order granting (i) the voluntary dismissal of

the above-captioned Appeal with prejudice; and (ii) that each party shall bear its own costs, expenses, and attorneys' fees.

Dated:  August 15, 2016

                                              **AKIN, GUMP, STRAUSS, HAUER & FELD, LLP**

                                              By: */s/ Jim Wetwiska*
Jim Wetwiska
State Bar No. 00785223/SDTX No. 18089
Roxanne Tizravesh
State Bar No. 24091141 /SDTX No. 2618739
1111 Louisiana, 44th Floor
Houston, Texas 77002
713.220.5899
jwetwiska@akingump.com
rtizravesh@akingump.com