United States District Court
Southern District of Texas
**ENTERED**
August 17, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In Re: | § |
| | § |
| ATLAS ACQUISITIONS, LLC, *et al.*, | § |
| | § |
| | §   CIVIL ACTION NO. H-16-1587 |
| | § |
| JOEL TUCKER, | § |
| | § |
| Appellant. | § |

## ORDER GRANTING
## AGREEMENT FOR VOLUNTARY DISMISSAL OF APPEAL

Based on the parties' Agreement for Voluntary Dismissal of Appeal Pursuant to Federal Rule of Bankruptcy Procedure 8023, this appeal from the May 19, 2016 order entered by Judge Marvin Isgur, United States Bankruptcy Judge for the Southern District of Texas, Houston Division, is dismissed with prejudice. Each party is to bear its own costs, expenses, and attorney's fees.

SIGNED on August 17, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge